# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cassie Porter, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV 09-8123-PCT-JAT |
| v. | ) | |
| | ) | |
| National Enterprise Systems, Inc., et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

___     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated August 3, 2010 the entire case is dismissed with prejudice. This action is terminated.

                                                                  RICHARD H. WEARE
                                                                  District Court Executive/Clerk

September 20, 2010

                                                                  s/Kathy Gerchar
                                                                  By: Deputy Clerk

cc: (all counsel)